UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT LESLIE WASHAM,

        Plaintiff,                      No. C 13-5825 EDL (PR)

    v.                              **ORDER**

CLEARLAKE POLICE DEPT., et. al.,

        Defendants.
                                /

Plaintiff, a former detainee at Lake County Jail, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff has filed several civil rights cases in this court in the last few months. Two cases were dismissed after the actions were dismissed with leave to amend and plaintiff failed to file amended complaints in the time provided. See No. C 13-4957 EDL (PR) & No. 13-5335 EDL (PR). However, mail sent to plaintiff in cases No. 13-4957 EDL (PR) and No. 13-5335 (EDL) (PR) has been returned to the court as undeliverable as plaintiff is no longer in custody. See Docket No. 20 in 13-4957 EDL (PR); Docket No. 9 in No. 13-5335 (EDL) (PR). Plaintiff has not provided an updated address in any of his actions and it does not appear he wishes to proceed with these cases.

If plaintiff wishes to proceed with this case he must inform the court within **fourteen (14) days** of the date this order is filed.

**IT IS SO ORDERED.**

Dated: April 14, 2014.

                                      ELIZABETH D. LAPORTE
                                      United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Washam5825.ord.wpd