UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT LESLIE WASHAM,

    Plaintiff,

v.

CLEARLAKE POLICE DEPT., et. al.,

    Defendants.

No. C 13-5825 EDL (PR)

**ORDER OF DISMISSAL**

Plaintiff, a former detainee at Lake County Jail, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. On April 14, 2014, the court issued an order, noting that plaintiff had initiated two previous civil rights actions in this court which were ultimately dismissed for failure to file amended complaints. The court further noted that mail sent to plaintiff in those cases were returned as undeliverable because plaintiff was no longer in custody. The court ordered plaintiff to provide an updated address within fourteen days, and notify the court of his intention to proceed in this action. To date, plaintiff has not communicated with the court.

In addition, the April 14, 2014, order was returned as undeliverable. As of the date of this order, plaintiff has not updated his address with the court or submitted any further pleadings in this case. Pursuant to Northern District Civil Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b). More than sixty days have now passed since the

mail sent to plaintiff by the court was returned as undeliverable.  The court has not received a notice from plaintiff of a new address.

Accordingly, the instant complaint is DISMISSED without prejudice.  The clerk of the court shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: June  26 , 2014.



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.13\Washam5825.311dis.wpd